UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., ) ) ) Plaintiff, ) ) v. ) ) CANON U.S.A., INC., ) ) Defendant. ) ) ) | Civil Action No. 2:12-CV-06800 LDD |

**REEXAMINATION STATUS REPORT BY CANON U.S.A., INC.**

Pursuant to the Court's October 29, 2013 Order (ECF No. 31), Defendant Canon U.S.A., Inc. ("Canon") hereby provides an update regarding the status of the *ex parte* reexaminations of the asserted patents. For reference, the asserted patents and reexamination Control Numbers are listed below:

| Patent | USPTO Control No. |
|---|---|
| 7,489,423 ("the '423 patent") | 90/013,207 |
| 6,894,811 ("the '811 patent") | 90/013,208 |
| 8,040,574 ("the '574 patent") | 90/013,209 |
| 8,294,915 ("the '915 patent") | 90/013,210 |

On June 15, 2016, the USPTO's Patent Trial and Appeal Board issued a decision reversing all of the Examiner's rejections in the reexamination of the '915 patent. Since then, the USPTO has issued no further notices or communications regarding that patent, and reexamination no. 90/013,210 remains pending in the USPTO.

On September 19, 2016, the USPTO issued reexamination certificates for both the '423 patent and the '574 patent.

On September 20, 2016, the USPTO issued a reexamination certificate for the '811 patent.

Respectfully submitted,

Dated:  September 23, 2016        By: /s/ Alexander Kerr

Alexander Kerr, Esq. (Pa. I.D. No. 00634)
E-mail: akerr@mccarter.com
**MCCARTER & ENGLISH, LLP**
1600 Market Street, Suite 3900
Philadelphia, PA 19103
Phone: (215) 979-3884
Fax: (215) 979-3899

Nicholas M. Cannella, Esq.  (admitted *pro hac vice*)
E-mail: ncannella@fchs.com
**FITZPATRICK, CELLA, HARPER & SCINTO**
1290 Avenue of the Americas
New York, NY 10104
Phone: (212) 218-2100
Fax: (212) 218-2200

Brian L. Klock, Esq. (admitted *pro hac vice*)
E-mail: bklock@fchs.com
Jason M. Dorsky, Esq. (admitted *pro hac vice*)
E-mail: jdorsky@fchs.com
**FITZPATRICK, CELLA, HARPER & SCINTO**
975 F Street, NW
Washington, D.C. 20004
Phone: (202) 530-1010
Fax: (202) 530-1055

**ATTORNEYS FOR
DEFENDANT CANON U.S.A., INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically pursuant to the Court's CM/ECF system, which will provide notice to all registered counsel of record by operation of the CM/ECF system, and that a copy of the foregoing document was sent by First Class Mail to Plaintiff Infinity Computer Products, Inc. at the following address of record:

INFINITY COMPUTER PRODUCTS, INC.
315 SAYBROOK ROAD
VILLANOVA, PA 19085

Dated: September 23, 2016

                                              /s/ Alexander Kerr

FCHS_WS 12803360v1.doc