IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC.<br>*Plaintiff*<br><br>v.<br><br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>*Defendant* | CIVIL ACTION<br><br>NO. 12-6796 (Consolidated) |
| INFINITY COMPUTER PRODUCTS, INC.<br>*Plaintiff*<br><br>v.<br><br>CANON USA, INC.<br>*Defendant* | CIVIL ACTION<br><br>NO. 12-6800 |

## ORDER

AND NOW, this 23rd day of February 2018, upon consideration of Defendant Canon USA Inc.'s ("Defendant") motion to transfer for improper venue filed in Civil Action No. 12-6800, [ECF 61], Plaintiff Infinity Computer Products, Inc.'s response in opposition, [ECF 63], and Defendant's reply, [ECF 66], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion filed on this day, that Defendant's motion to transfer is **GRANTED**. The Clerk of Court is directed to **TRANSFER** *Infinity Computer Products, Inc. v. Canon USA, Inc.*, Civil Action No. 12-6800, to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1406(a), and to mark this matter **CLOSED**.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*